**08-CV-05374-JGM**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEBARAH HENDRIX, | Civil No. 3:08-cv-5374-FDB |
| Plaintiff, | |
| vs. | JUDGMENT |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

The Court hereby enters JUDGMENT that this case is REVERSED and REMANDED for further administrative proceedings under sentence four of 42 U.S.C. § 405(g) as noted in this Court's ORDER.

DATED this 7 day of JANUARY 2009.

_____
UNITED STATES DISTRICT JUDGE

Page 1    JUDGMENT - [3:08-CV-5374-FDB]